IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEN'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05- |
| | ) |
| PAUL J. DUESTERHAUS, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff **ROSEN'S, INC.,** by its attorneys David G. Lubben and Jeremy M. Pelphrey of Davis & Campbell L.L.C., submits the following for its Complaint against Defendant **PAUL J. DUESTERHAUS.**

### PARTIES

1. Plaintiff Rosen's, Inc. is a corporation organized under the laws of the State of Minnesota, with its principal place of business in the State of Missouri. Rosen's, Inc. is in the business of distributing agricultural chemicals and related products.

2. Defendant Paul J. Duesterhaus is an individual residing at 2130 Kochs Lane, Quincy, Illinois. Duesterhaus is the owner of Duesterhaus Fertilizer, Inc., a retailer of agricultural chemicals and related products.

### JURISDICTION AND VENUE

3. This Court has diversity jurisdiction under 28 U.S.C. § 1332.

4. Venue is appropriate in this judicial district under 28 U.S.C. § 1391(b).

5. The amount in controversy is in excess of $75,000, exclusive of interest and costs.

**COUNT I: PERSONAL GUARANTY OF DEBT**

6. On January 15, 2001, Plaintiff Rosen's, Inc. entered into a credit agreement with Duesterhaus Fertilizer, Inc. whereby Rosen's, Inc. agreed to extend credit to Duesterhaus Fertilizer, Inc. for the wholesale purchase of agricultural chemicals and related products (Exhibit 1). The credit agreement provided Rosen's, Inc. a right to demand immediate payment from Duesterhaus Fertilizer, Inc. within the terms of the invoices Rosen's, Inc. sent to Duesterhaus Fertilizer, Inc. The invoices generally required payment in full within thirty days. Some invoices provided for payment within a longer period, subject to discounts for prompt payments. Additionally, the credit agreement provided Rosen's, Inc. a right to attorneys fees for the collection of any outstanding debt.

7. On January 7, 2002, Plaintiff Rosen's, Inc. entered into a Security Agreement with Duesterhaus Fertilizer, Inc. whereby Duesterhaus Fertilizer, Inc. granted Rosen's, Inc. a security interest in inventory, equipment, accounts, and general intangibles of Duesterhaus Fertilizer, Inc. (Exhibit 2).

8. On October 29, 2002, in order to create additional security for the credit, in consideration for the further extension of credit to Duesterhaus Fertilizer, Inc., Rosen's, Inc. requested and obtained the personal guarantee of Defendant Paul J. Duesterhaus (Exhibit 3). The personal guarantee individually, irrevocably and unconditionally guaranteed the prompt payment when due of all obligations between Duesterhaus Fertilizer, Inc. and Rosen's, Inc.

9. From January 2005 to July 2005 Duesterhaus Fertilizer, Inc. received agricultural chemicals and related products on credit from Rosen's, Inc. totaling $2,011,446 (copy of Aging Report attached as Exhibit 4).

10. From January 2005 to the date of this Complaint, Rosen's, Inc. has sent invoices for payment, in accordance with the terms of the credit application, to Duesterhaus Fertilizer, Inc.

11. To date, Rosen's, Inc has not received payment for Duesterhaus Fertilizer, Inc.'s outstanding balance totaling $2,011,446, which amount is now overdue for payment. Pursuant to the terms of the credit application, Rosen's, Inc. has the right to demand immediate payment of the outstanding balance.

12. Pursuant to court order, Rosen's, Inc. has seized property which was in the possession of Duesterhaus Fertilizer, Inc. upon which it has a security interest. The value of that property has yet to be determined, but in no event will it exceed $500,000.

13. Pursuant to the personal guarantee with Defendant Paul J. Duesterhaus, Paul J. Duesterhaus has agreed in writing to personally guarantee the debt to Rosen's, Inc. of Duesterhaus Fertilizer, Inc. Therefore, Rosen's, Inc. demands the immediate payment by Defendant Paul J. Duesterhaus, of the Duesterhaus Fertilizer, Inc. outstanding balance totaling $2,011,446 offset by the value, when determined, of the property previously seized by Rosen's.

WHEREFORE, Plaintiff Rosen's, Inc. respectfully requests that this Court enter Judgment against Defendant Paul J. Duesterhaus in the amount of $2,011,446 offset by the value of the property previously seized by Rosen's plus interest, costs, attorneys fees and such other and further relief as the Court may deem appropriate.

**DATED: August 29, 2005**

**ROSEN'S, INC.**
**Plaintiff**


By: s/ David G. Lubben
    s/ Jeremy M. Pelphrey


David G. Lubben
Bar ID No. 6207729
Jeremy M. Pelphrey
Bar ID No. 6283722
Attorneys for Plaintiff Rosen's, Inc.
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-1681
Fax: (309) 673-1690
dglubben@dcamplaw.com
jmpelphrey@dcamplaw.com