3/24

# Rosen's Customer Profile/Credit Application

DISTRIBUTION
YELLOW - To Account Manager
WHITE - To Fairmont Office
HARD COPY - To Customer

Business Name: Duesterhous Fertilizer Inc
Contact Name: Les Duesterhaus             FED. ID #: 37-096-0493 (MUST FILL IN)
Address: PO Box 248        City: Quincy        County: Adams
State: Illinois            Zip: 62306         Telephone No.: 217 223 5442
Ship to Address, if different from above: Front and Broadway St

Spouse name: (if individual) _____

**Business Organization:**  ☐ Individual  ☐ Partnership  ☒ Corporation  ☐ Other*

If Partnership - Name of all partners and percent of ownership:

**Banking References:**
Name: Mercantile Trust & Saving Bank       Address: Mercantile Center 440 Maine PO Box 371
City: Quincy        State: IL    Zip: 62301-0371   Phone No.: 217 223 7300
Loan Officer/Contact: Ronald B. Verdier

**Source of Operating Funds:**  ☐ Self  ☐ Bank  ☐ Other _____
Name: _____    Address: _____
City: _____    State: _____    Zip: _____

**Business Profile:**   Years in Business: 1946    Fiscal Year End: Aug 31    State Tax #: 0218-9410

**Estimated Annual Requirements:**  Chemicals: $ _____

**Trade References:**
1) Name: Helena         Address: 11711 N. Penns St. Ste 270, Carmel IN 46032
   Phone No.: _____
2) Name: Vandiest Supply   Address: Box 610, Webster City 50595
   Phone No.: _____
3) Name: Monsanto       Address: 800 N. Lindbergh Blvd, St. Louis MO 63167
   Phone No.: _____

**Please attach a current financial statement:**

Rosen's Representative Name: Kevin L. Mallon

Important to Customers - Your signature at the bottom of this page acknowledges that:
1) The information you have supplied is accurate as of the date shown below.
2) You understand the terms and conditions of sale appearing on all pages of this agreement.
3) You authorize Rosen's too contact the financing and business references list above, and other sources as deemed necessary by Rosen's for the purpose of establishing an account with Rosen's.
4) You authorize the source referred to above to release information requested.

Signature: Les Duesterhaus    Title: President    Date: 1-15-2001

*attach second sheet on back if necessary.

# Rosen's, Inc.
# Credit Terms and Disclosure Statement

Federal and State laws require that any firm's credit terms be disclosed to customers whether or not customers plan to use such terms. Under these laws, sales on open account are classified as credit sales and Rosen's is required to qualify such accounts and make appropriate terms disclosures. Please read the following information carefully. If you have any questions, your Rosen's Representatives or our credit department will be happy to answer them.

Effective July 1, 2000, Rosen's terms of sale for agricultural chemicals and related products and services are:

1. Cash payment in full is required at, or prior to, delivery of products, unless you have established a credit account with Rosen's.

2. Purchases on credit account must be paid as described on the invoices which set forth the principal balance for purchases made and the date that said principal balance is due ("Net Due Date"). You agree to pay Rosen's the principal balance, in full, on or before the Net Due Date specified on the invoice.

3. You may establish a credit account with Rosen's by providing sufficient business and/or personal information and references to Rosen's, in order that Rosen's Credit Department can establish credit for you. Sufficient information can usually be provided by a completed customer profile, including signature, and your most recent Financial Statement, but Rosen's reserves the right to request additional information. Rosen's also reserves the right to refuse to extend credit to any customer whose financial information is unacceptable, at the sole discretion of Rosen's.

4. The prompt-payment discount is usually available. All purchases eligible for prompt payment discount will appear on your invoice.

5. Any amounts not paid by the net due date will be considered past due. Rosen's reserves the right to withdraw the privilege of purchasing on account by any customer whose account is past due.

6. Any past due amount is subject to finance charges. A finance charge shall accrue after said Net Due Date at the rate of eighteen percent (18%) per annum on the unpaid principal balance (but not in excess of the maximum rate allowed by the laws of the State of applicant's business address shown on the customer profile/credit application or any other law deemed applicable in limitation of such maximum rate). Any payments made by you shall be first applied to the invoice(s) designated by you, or, in the absence of your designation, first to the longest past due invoice. Any payments received by Rosen's can be first applied to cost of collection activities, then to unpaid finance charges, and finally to principal balances solely at Rosen's discretion.

7. Rosen's will provide you an invoice for each purchase. The invoice is the primary sales document and you will be expected to pay within the terms set forth on said invoice. Failure by Rosen's to provide any such invoice shall not affect your obligation to render timely payment. Rosen's will also provide you a monthly statement of account detailing current-month transactions.

8. If any unpaid balance is referred to an attorney for collection, customers will be liable for attorney fees or collection agency fees and any other costs incurred in collecting a past-due account.

9. The conditions and terms of sale as set forth on all invoices will constitute the terms of sale not withstanding any oral representations to the contrary made by the Seller or the Seller's Representatives.

10. Buyer is responsible for use of all goods according to the label recommendations for said product. Failure of the Buyer or user to follow label instructions may result in civil or criminal penalties.

11. The completion of this form and the contract made hereunder is to be governed by the Laws of the State of Minnesota. To the extent that the provisions hereof may vary from the Uniform Commercial Code of the State of Minnesota or any other jurisdiction, the provisions hereby shall govern. No modification or release shall be effective unless in writing and signed by an Officer of Rosen's.

12. The Buyer hereby certifies that all items, except as indicated at time of purchase, are purchased for use of consumption in connection with the production of horticultural or agricultural products as a business enterprise and agrees to reimburse Rosen's the Sales Tax, or any other tax or penalty incurred by Rosen's as a result of buyer's use or consumption contrary to the representations herein. Illegal use of Sales Tax Exemptions may subject persons to penalties.

13. Rosen's may, at any time, include or add to the price, all taxes, excises or other charges imposed by law or incident to the production, transportation, sale or use of the goods.

14. **EXCEPT AS STATED, ALL PRODUCT IS SOLD AS IS. ROSEN'S MAKES NO OTHER WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE NOR ANY OTHER EXPRESSED OR IMPLIED WARRANTY EXCEPT AS STATED HEREIN. BUYER AND USER AGREE THAT SELLER'S LIABILITY FOR DAMAGES AND REMEDIES ARISING FROM ANY CLAIM SHALL BE LIMITED TO THE AMOUNT NOT EXCEEDING THE PURCHASE PRICE PAID FOR A PARTICULAR PRODUCT WITH RESPECT TO WHICH, SUCH DAMAGES ARE CLAIMED. WRITTEN NOTICE OF ANY CLAIM FOR FAILURE OF PRODUCT TO MEET ACCEPTABLE SPECIFICATIONS MUST BE FILED WITH ROSEN'S WITHIN TEN DAYS OF DISCOVERY BY THE BUYER, FAILING WHICH, BUYER WILL WAIVE ANY CLAIM FOR DAMAGES. BUYER AND USER, AS A CONDITION OF SALE OR USE, ASSUME RESPONSIBILITY ARISING OUT OF HANDLING OR USE OF ALL GOODS PURCHASED. NO PERSON IS AUTHORIZED TO VARY OR WAIVE ANY TERMS OR CONDITIONS OF THIS AGREEMENT WITHOUT WRITTEN ACCEPTANCE BY OR ON BEHALF OF ROSEN'S.**

Business Name: _Duesterhaus Fertilizer, Inc_   Signature: _[signed]_

Date: _1-15-2001_   Title: _President_