# GUARANTY

Whereas, Guarantor who is an officer or director (or, where applicable, partner or proprietor) of Duesterhaus Fertilizer Inc (Debtor) has requested that Rosen's, Inc. extend certain credit to Debtor as may be hereafter deemed advisable in reliance of this Guaranty;

NOW THEREFORE, in consideration of such extension of credit, the undersigned Guarantor hereby individually, irrevocably and unconditionally guarantees the prompt payment when due of all obligations from time to time existing between Debtor and Rosens', Inc. and does further guarantee the prompt, full and unconditional performance of every term and condition and in addition payment of any debt arising from transactions between Debtor and Rosen's, Inc. to be kept and performed or paid by Debtor.

This Guaranty is an absolute and complete one and shall be a continuing one and no notice of any renewal or extension of said debt need to be given the undersigned. The undersigned hereby expressly waives demand, presentment, protest and notice of dishonor on said debt, and also waives notice of acceptance of this Guaranty. The neglect or omission on the part of Rosen's, Inc. to realize upon any security for said debt or upon any other guaranty or guarantees thereof, nor the taking by Rosen's, Inc. of any other guaranty or guarantees to secure said debt or the payment or performance by Debtor as aforesaid shall not constitute a waiver hereof. Undersigned agrees that this guaranty shall continue in full force and effect notwithstanding the death or release of or the extension of time to any other guarantor of amounts owing to Rosen's, Inc.

The Guaranty shall be binding upon the undersigned individually and upon his heirs, legal representative, administrators or executors, and shall inure to the benefit of Rosen's, Inc., its successors and assigns.

Dated this 29th day of October, 2002.

Witness: _Curly Wilson_   x   Guarantor: _Paul J. Duesterhaus_
Paul J. Duesterhaus

Soc. Sec. # 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