DATE: Tue 08/16/05  7:06 AM
PRO:  ar/ar560
USER: joe

BURSTERHAUS FERTILIZER INC
QUINCY, IL 62301    (217)223-5442 JASON BURTIS
PAST DUE DATE/AMT: 07/25/05 1070.89
06/05 DATING

PAGE: 1
AGED: 2 P

AGED A/R OPEN ITEMS AS OF 08/15/05
AGENCY AND NON-AGENCY INVOICES

| INVOICE # | OUR SALES REP: KEVIN MELLON INV DATE | DUE DATE | CREDIT BAL | CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 | FIN CHG |
|---|---|---|---|---|---|---|---|---|---|
| 3124000 |  |  |  |  |  |  |  |  | 133.34 |
| C1215FC | 05/31/05 | 06/30/05 |  |  |  |  |  | 94,640.00 | 8,733.26 |
| 0122054FC | 05/31/05 | 06/30/05 |  |  |  |  |  |  | 20,742.92 |
| 01225FC | 06/30/05 | 07/30/05 |  |  |  |  |  |  |  |
| 747235 | 12/03/04 | 05/15/05 |  |  |  |  |  | 94,640.00 |  |
| 747246 | 11/30/04 | 05/15/05 |  |  |  |  |  |  |  |
| ADJ53454 | 04/20/05 | 04/20/05 | -160.00 |  |  |  |  |  |  |
| ADJ53468 | 04/20/05 | 04/27/05 | -450.00 |  |  |  |  |  |  |
| B448615 | 12/15/04 | 05/15/05 |  |  |  |  | 165,423.36 |  |  |
| 9448985 | 02/22/05 | 06/15/05 |  |  |  |  | 23,528.60 |  |  |
| 3450505 | 03/18/05 | 06/15/05 |  |  |  |  | 45,823.76 |  |  |
| 3450950 | 03/26/05 | 06/15/05 |  |  |  |  | 153,270.32 |  |  |
| B452164 | 04/19/05 | 06/15/05 |  |  |  |  | 47,450.00 |  |  |
| B452197 | 04/22/05 | 06/15/05 |  |  |  |  | 18,725.50 |  |  |
| C452560- | 04/26/05 | 04/26/05 | -28,068.63 |  |  |  |  |  |  |
| D450852 | 04/26/05 | 06/15/05 |  |  |  |  | 18,142.71 |  |  |
| B450001 | 03/26/05 | 06/15/05 |  |  |  |  | 13,053.50 |  |  |
| B451944 | 04/15/05 | 06/15/05 |  |  |  |  | 33,128.90 |  |  |
| E53504 | 04/29/05 | 06/15/05 |  |  |  |  | 5,850.00 |  |  |
| FC01 | 08/12/05 | 08/12/05 |  |  |  |  |  |  |  |
| I668962 | 10/15/04 | 03/26/05 |  | 29,350.96 |  |  |  |  |  |
| I699254 | 10/31/04 | 06/01/05 |  |  |  |  | 1,179.00 | 9,000.00 |  |
| I69578 | 11/08/04 | 05/15/05 |  |  |  |  |  | 94,640.00 |  |
| I69321 | 11/08/04 | 05/15/05 |  |  |  |  |  | 80,444.00 |  |
| I693762 | 01/11/05 | 06/01/05 |  | -314.60 |  |  |  |  |  |
| I693982 | 02/23/05 | 09/15/05 |  |  |  |  | 12,633.40 |  |  |
| I693991 | 02/23/05 | 06/15/05 |  |  |  |  | 348.65 |  |  |
| I693992 | 02/23/05 | 06/15/05 |  |  |  |  | 484.00 |  |  |
| I693953 | 02/23/05 | 06/15/05 |  |  |  |  | 1,099.60 |  |  |
| I693994 | 02/23/05 | 05/15/05 | 3,142.80 |  |  |  |  | 5,205.06 |  |
| I693603 | 02/08/05 | 06/20/05 |  |  |  | 2,557.44 |  |  |  |
| I693602 | 02/08/05 | 06/15/05 |  |  |  | 1,074.00 |  |  |  |
| I694023 | 02/11/05 | 06/20/05 |  |  |  |  |  |  |  |
| I694022 | 02/23/05 | 06/15/05 |  |  |  | 2,155.20 | 11,524.62 |  |  |
| I694041 | 02/11/05 | 06/01/05 | 4,943.00 |  |  |  |  |  |  |
| I694053 | 02/11/05 | 06/15/05 |  |  |  |  |  |  |  |
| I694407 | 02/15/05 | 03/17/05 |  |  |  |  | 1,685.80 |  |  |
| I694251 | 02/14/05 | 06/30/05 | 8,524.80 |  |  |  |  |  |  |
| I694311 | 02/14/05 | 06/01/05 |  |  | 15,150.00 |  |  |  |  |
| I694321 | 02/14/05 | 06/15/05 |  |  |  |  | 3,608.50 |  |  |
| I694331 | 02/14/05 | 06/15/05 |  |  |  |  | 3,821.50 |  |  |
| I694491 | 02/14/05 | 05/15/05 |  |  |  |  |  |  |  |
| I694451 | 02/14/05 | 06/15/05 | 12,225.55 |  |  |  | 7,539.94 | 17,780.42 |  |
| I694952 | 02/25/05 | 06/02/05 |  |  | 459.26 |  |  |  |  |
| I694963 | 02/25/05 | 06/20/05 |  |  |  |  |  | 855.44 |  |
| I694971 | 02/25/05 | 05/01/05 |  |  |  |  | 3,317.15 | 919.62 |  |
| I694972 | 02/25/05 | 06/01/05 | 5,397.50 |  |  |  |  |  |  |
| I695131 | 02/23/05 | 06/15/05 |  |  |  |  | 2,027.26 |  |  |

```
DATE: Tue 08/16/05 7:06 AM                                                          PAGE   2
PROG: ar/ar060                      RUSSO'S INC                                     AGED A/R
USER: joe                    AGED A/R OPEN ITEMS AS OF 08/16/05
                             AGENCY AND NON-AGENCY INVOICES

2.24000 GUESTGRAINS FERTILIZER INC -- CONTINUED

INVOICE #   INV DATE    DUE DATE    CREDIT BAL    0-30 DAYS    CURRENT     1-30 DAYS    31-60 DAYS    61-90 DAYS    OVER 90    FIN CHG
---------   --------    --------    ----------    ---------    -------     ---------    ----------    ----------    -------    -------
I655232     02/28/05    03/15/05
I655233     02/28/05    03/25/05
I655234     02/28/05    06/01/05
I655235     02/28/05    06/01/05
I655272     02/28/05    06/01/05
I655331     02/28/05    06/01/05                                                                                    484.00
I655332     02/28/05    06/20/05                                                                                  4,585.54
I655334     02/28/05    06/15/05                                                                                 15,734.95
I655335     02/28/05    06/15/05                               6,393.50
I655336     02/28/05    06/25/05
I655731     03/26/05    06/01/05
I655732     03/28/05    06/15/05                                                                                    575.09
I655733     03/28/05    06/15/05                                                                                  8,855.26
I655734     03/28/05    06/15/05                 907.60
I655741     03/09/05    06/20/05
I655742     03/09/05    06/15/05                                                                  1,704.89
I655743     03/09/05    06/01/05                                                                                  8,396.87
I655752     03/09/05    06/15/05                                                                                  2,226.50
I655754     03/09/05    06/15/05                                                                                  4,827.52
I655755     03/09/05    06/15/05                                                                                 55,424.08
I655761     03/23/05    06/01/05                                                                                    121.00
I655762     03/23/05    06/01/05                 283.80                                           1,074.00
I655781     03/09/05    06/01/05                                                                                 56,032.14
I655895     03/11/05    06/15/05                                                                  1,827.00
I655922     03/08/05    06/15/05                                                                  1,764.88
I657514     03/28/05    06/20/05                                                                                    542.72
I657531     03/28/05    06/15/05                                                                                    408.96
I657522     03/29/05    09/15/05                                                                                  3,933.61
I657571     03/11/05    06/15/05                               785.64                             4,026.98
I657601     03/11/05    06/15/05                                                                                  2,568.35
I657602     03/31/05    06/01/05                                                                                  4,560.00
I657603     03/31/05    06/15/05                                                                                  2,568.80
I657604     03/31/05    06/15/05                                                                                    912.00
I657605     03/15/05    06/15/05                                                                                    874.40
I657731     03/15/05    06/15/05                                                                                    779.75
I657522     03/15/05    06/15/05                                                                                  6,372.00
I659004     03/15/05    06/15/05               2,355.12                                                           2,991.35
I659021     03/31/05    06/02/05                                                                                    375.93
I659022     03/31/05    06/02/05                                                                                    242.00
I659031     03/31/05    06/02/05                  233.80                                                          2,424.30
I659171     03/31/05    06/15/05                                                                                  2,210.96
I659421     03/31/05    06/20/05                                                                  1,344.20       17,257.50
I659311     03/31/05    06/20/05
I659952     03/31/05    07/01/05              19,465.00
I655221     03/31/05    06/01/05                                                                  5,500.00
I655821     03/31/05    06/20/05                                                                  5,116.64        2,429.00
I700271     03/15/05    05/15/05                                                                  3,392.84
I700272     04/28/05    04/20/05                                                                                                306.91
I700273     03/15/05    06/20/05
I700711     04/07/05    05/01/05              2,660.40                                            3,344.20       16,286.65
I700712     04/07/05    05/15/05
I700012     04/07/05    05/25/05
```

```
DATE: Tue 08/16/05  7:06 AM                          ROGER'S INC.                                              PAGE   3
FROM: ar/ar560                              AGED A/R OPEN ITEMS AS OF 08/16/05                              AGED-A-R
USER: joe                                     AGENCY AND NON-AGENCY INVOICES

KLAROC  SUESTERMAN FERTILIZER INC -- CONTINUED
INVOICE #   INV DATE    DUE DATE   CREDIT BAL   05/05 DATING   CURRENT    1-30 DAYS    31-60 DAYS    61-90 DAYS    OVER 90    FIN CHG
-----------------------------------------------------------------------------------------------------------------------------
IT00734     06/03/05    06/30/05                                                                                     85.00
IT00721     06/07/05    06/14/05                                                                                 15,829.53
IT00981     06/08/05    06/28/05
IT00982     06/08/05    05/28/05                                                                                    615.60
IT00983     06/08/05    05/28/05                                                                                  3,097.92
IT00984     06/08/05    06/19/05                                                                                    154.70
IT00993     06/13/05    06/15/05                                                                                    194.94
IT01541     06/13/05    06/15/05                                                                                              23,280.00
IT01542     06/13/05    06/20/05
IT01551     06/13/05    06/15/05
IT01552     06/13/05    06/20/05                                                                                    262.08
IT01553     06/13/05    06/20/05
IT01581     06/13/05    06/20/05                                                            2,785.68
IT01671     06/21/05    06/15/05                                                            8,386.94
IT02371     06/23/05    06/02/05                                                            4,466.50
IT02372     06/23/05    06/15/05                                                            6,721.00
IT02373     06/23/05    05/15/05                         11,422.40
IT02811     06/13/05    05/20/05                                                                                 13,468.60
IT02812     06/13/05    06/15/05                                                                                     98.27
IT02813     06/13/05    06/15/05                                                                                233,280.00
IT03131     06/15/05    05/15/05                                          1,625.60          3,733.80
IT03132     06/15/05    05/15/05                                                            2,592.62
IT03201     06/15/05    05/15/05                                                            2,528.62
IT03202     06/15/05    06/15/05                                                            6,964.12
IT03271     06/22/05    06/01/05                                                                                  2,966.42
IT03273     06/22/05    06/01/05                                                                                     98.27
IT03309     06/19/05    06/15/05             41.60                                                                   85.00
IT03311     06/19/05    06/15/05                                                                                  2,036.10
IT03331     06/22/05    06/01/05                                                                                    134.76
IT03341     06/22/05    06/15/05                                                                                     64.27
IT03347     06/22/05    06/15/05                                                                                  6,294.20
IT03751     06/15/05    05/25/05                           773.30                                                 3,750.00
IT04201     06/22/05    06/15/05                                                                                  6,254.20   5,551.70
IT04202     06/22/05    06/15/05
IT04208     06/22/05    05/15/05
IT04341     06/20/05    05/15/05
IT04342     06/22/05    06/15/05                                          2,436.00
IT04343     06/22/05    06/15/05                                                                                    779.75    9,312.00
IT04344     06/22/05    05/01/05             41.60
IT04351     06/22/05    05/15/05
IT04391     06/20/05    06/15/05                           42.40                                                  7,304.16
IT04392     06/20/05    06/15/05                                                                                  1,670.88
IT04393     06/20/05    06/15/05                                                                                    635.00
IT04473     06/22/05    06/15/05                                                                                 18,458.68
IT04841     06/20/05    05/15/05                                                                                  6,735.87
IT04901     06/20/05    05/01/05                                                                                    234.00
IT04902     06/22/05    05/15/05                                                                                             223,280.00
IT04903     06/22/05    05/01/05                                                                                  4,040.94
IT05603     06/22/05    05/15/05           9,741.06                                                               2,005.82
IT05721     06/22/05    06/15/05                                                                                  1,235.00
IT05722     06/25/05    05/01/05                                                                                  1,123.20
IT05731     06/25/05    05/15/05
IT05771     06/22/05    05/15/05                                                                                             2,785.66
IT05781     06/22/05    06/20/05
```

```
DATE: Tue 08/16/05 7:06 AM                                ROSEN'S INC                                              PAGE   4
PROG: ar/arn560                             ROSEN A/R OPEN ITEMS AS OF 08/16/05                                   ARED-A-R
USER: DCG                                     AGENCY AND NON-AGENCY INVOICES
```

| INVOICE # | INV DATE | DUE DATE | CREDIT BAL | 06/05 BILLING | CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 | FIN CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| I705791 | 04/22/05 | 05/15/05 | | 2,152.28 | | | | | | |
| I706201 | 04/22/05 | 05/15/05 | | | | | | | | |
| I706372 | 04/22/05 | 06/01/05 | | | | | | | | |
| I706573 | 04/23/05 | 06/15/05 | | | | | | | | |
| I706411 | 04/22/05 | 06/03/05 | | | | | | | 4,556.00 | |
| I706412 | 04/22/05 | 05/25/05 | | | | | | | | |
| I706661 | 04/25/05 | 05/25/05 | | | | | | | | |
| I706791 | 04/25/05 | 06/15/05 | | | | | | | 5,635.37 | |
| I706791 | 04/25/05 | 06/01/05 | | | | | | | | |
| I707151 | 04/26/05 | 06/01/05 | | | | | | | | |
| I707152 | 04/26/05 | 06/20/05 | | | | | | 1,750.00 | | |
| I707193 | 04/26/05 | 05/26/05 | | | | | | 1,589.20 | | |
| I707281 | 04/26/05 | 06/01/05 | | | | | | | | |
| I707551 | 04/27/05 | 06/15/05 | | | | | | 3,750.00 | | |
| I707593 | 04/27/05 | 06/15/05 | | | | | | 5,792.30 | | |
| I707763 | 04/27/05 | 05/15/05 | | | | | | 199.92 | | |
| I707821 | 04/27/05 | 08/01/05 | | | | | 4,409.75 | | | |
| I707852 | 04/27/05 | 05/15/05 | | | | | | 467.07 | | |
| I707851 | 04/27/05 | 06/15/05 | | | | | | 2,968.80 | | |
| I707822 | 04/29/05 | 06/01/05 | | | | | | 7,112.34 | | |
| I707123 | 04/29/05 | 06/15/05 | | | | | | 1,977.60 | | |
| I706281 | 04/29/05 | 06/15/05 | | | | | | | 5,205.08 | |
| I706951 | 04/29/05 | 06/15/05 | | | | | | | | |
| I711241 | 05/15/05 | 06/15/05 | | | | | | 1,977.25 | | |
| I711242 | 05/15/05 | 06/15/05 | | | | | | 456.93 | | |
| I711292 | 05/15/05 | 06/15/05 | | | | | | 2,477.60 | | |
| I711293 | 05/15/05 | 06/15/05 | | | | | | 2,384.20 | | |
| I711391 | 05/15/05 | 06/16/05 | | | | | | 98.27 | | |
| I711691 | 05/17/05 | 06/16/05 | | | | | | 2,203.20 | | |
| I711371 | 05/20/05 | 06/19/05 | | | 852.23 | | | | | |
| I711372 | 05/15/05 | 06/14/05 | | | | | 1,364.20 | | | |
| I711924 | 05/19/05 | 06/18/05 | | | | | 4,175.50 | | | |
| I712271 | 05/19/05 | 06/18/05 | | | | | 4,477.20 | | | |
| I710312 | 05/19/05 | 08/01/05 | | | | | | 12,494.40 | | |
| I718922 | 05/19/05 | 08/01/05 | | | | | 7,677.65 | 1,369.20 | | |
| I712771 | 05/23/05 | 06/22/05 | | | | | 10,768.56 | | | |
| I712201 | 05/23/05 | 06/22/05 | | | | | | | 1,735.22 | |
| I710432 | 05/21/05 | 08/01/05 | | | | | | | | |
| I713201 | 05/23/05 | 06/22/05 | | | | | | | | |
| I713202 | 05/23/05 | 07/07/05 | | | | | 800.00 | | | |
| I721152 | 05/26/05 | 08/01/05 | | | | | | | | |
| I722862 | 05/30/05 | 06/01/05 | | | | | | | | |
| I722881 | 05/30/05 | 07/29/05 | | | 2,000.00 | | | | | |
| I722882 | 05/30/05 | 07/29/05 | | | 2,000.00 | | | | | |
| I722891 | 05/30/05 | 07/30/05 | | | 2,000.00 | 60,456.36 | | | | |
| ICR70427 | 04/15/05 | 04/15/05 | -16,307.50 | | 2,000.00 | 190.00 | | | | |
| ICR70435 | 04/15/05 | 04/15/05 | -5,472.00 | | 2,000.00 | | | | | |
| ICR70819 | 04/28/05 | 04/28/05 | -500.00 | | 306.80 | | | | | |
| ICR71095 | 05/16/05 | 05/16/05 | -20,776.00 | | 551.74 | | | | | |
| ICR71143 | 05/19/05 | 05/19/05 | -19,565.64 | | | | | | | |
| ICR71212 | 05/20/05 | 05/20/05 | -6,556.20 | | | | | | | |
| ICR71278 | 05/24/05 | 05/24/05 | -1,683.97 | | | | | | | |
| ICR71541 | 05/25/05 | 05/25/05 | -2,463.65 | | | | | | | |
| ICR71299 | 05/27/05 | 05/27/05 | -23,285.68 | | | | | | | |
| ICR71552 | 05/31/05 | 05/31/05 | -2,926.00 | | | | | | | |

DATE: Tue 08/16/05 7:38 AM  
ROSEN'S INC  
PAGE 5  
FROM: AL/64560  
AGED A/R OPEN ITEMS AS OF 08/15/05  
AGED-A-R  
DEBR: joe  
AGENCY AND NON-AGENCY INVOICES  

312460 BUSSEHEADS FERTILIZER INC -- FONTANA

| INVOICE # | INV DATE | DUE DATE | CREDIT BAL | 06/05 DATING | CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 | FIN CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| ICR72762 | 06/02/05 | 06/02/05 | | | 1,516.74 | | | | | |
| ICR72863 | 06/16/05 | 06/16/05 | | | 2,624.75 | | | | | |
| ICR72802 | 06/22/05 | 06/21/05 | | | 6,981.61 | | | | | |
| ICR72803 | 06/21/05 | 06/21/05 | | | 2,634.85 | | | | | |
| ICR72052 | 06/21/05 | 06/21/05 | | | 1,477.66 | | | | | |
| ICR72095 | 06/27/05 | 06/27/05 | | | 1,265.28 | | | | | |
| ICR72214 | 06/27/05 | 06/27/05 | | | 2,506.00 | | | | | |
| ICR72378 | 06/30/05 | 06/30/05 | | | -10,306.86 | | | | | |
| ICR72394 | 06/30/05 | 06/30/05 | | | -4,956.53 | | | | | |
| ICR72440 | 07/11/05 | 07/11/05 | | | -9,337.01 | | | | | |
| ICR72441 | 07/11/05 | 07/11/05 | | | 3,654.49 | | | | | |
| ICR72467 | 07/11/05 | 07/11/05 | | | -6,081.57 | | | | | |
| ICR72468 | 07/11/05 | 07/11/05 | | | -2,500.00 | | | | | |
| ICR72579 | 07/25/03 | 07/25/05 | | | -1,560.00 | | | | | |
| ICR72756 | 07/29/05 | 07/29/05 | | | -15,780.12 | | | | | |
| IP83825 | 09/07/04 | 09/07/05 | | | | | | 84,950.55 | | |
| IP83845 | 09/07/04 | 09/07/05 | | | | | | 47,684.00 | | |
| IP83878 | 09/07/04 | 09/07/05 | | | | | | 25,486.88 | | |
| IP84359 | 09/30/04 | 09/30/05 | | | | | | 3,486.94 | | |
| IP84464 | 09/27/04 | 09/25/05 | | | | | | | 55,142.59 | |
| IP84175 | 09/27/04 | 09/25/05 | | | | | | | 5,525.50 | |
| M449022 | 09/29/04 | 09/29/05 | | | | | 62,340.00 | | | |
| MIDR05521 | 09/12/04 | 10/20/05 | | | | | | 7,917.31 | | |
| 2450031 | 11/30/04 | 05/15/05 | | | -9,593.93 | | | | 78,616.50 | |
| VCR72662 | 07/11/05 | 07/11/05 | | | | | | 11,172.60 | | |
| V710141 | 05/11/05 | 06/15/05 | | | | | | 1,673.82 | | |
| V711331 | 04/25/05 | 06/15/05 | | | | | | 2,958.80 | | |
| V705961 | 05/29/05 | 06/01/05 | | | | 2,295.70 | | 6,418.84 | | |
| V705302 | 06/29/05 | 06/01/05 | | | | | | | | |
| V710512 | 04/12/05 | 06/15/05 | | | | | | | 11,540.00 | |
| V711502 | 04/18/05 | 05/15/05 | | | | | | | 4,329.68 | |
| V711562 | 04/18/05 | 05/15/05 | | | | | | | 9,312.00 | |
| V711125 | 04/18/05 | 05/15/05 | | | | | | 2,968.80 | | |
| V711852 | 04/18/05 | 06/01/05 | | | | | | 4,614.08 | | |
| V711853 | 04/18/05 | 06/16/05 | | | | | | | | |
| VCR72662 | 07/11/05 | 07/11/05 | | | -2,748.70 | | | | | |
| Pmt -- Rcvd 07/01/05 | | | | | -579.54 | | | | | |
| Pmt -- Rcvd 06/14/05 | | | | | -3.40 | | | | | |
| Pmt -- Rcvd 01/28/05 | | | | | -552.14 | | | | | |

CUSTOMER BALANCE: 2,040,797.24

| | -220,443.07 | 51,147.83 | 34,579.62 | 11,746.04 | 185,376.66 | 1,177,798.81 | 711,968.83 | 78,629.52 |