IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEN'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-3234 |
| | ) |
| PAUL J. DUESTERHAUS, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF INTEREST

The undersigned provides the following information as required by Local Rule 11.3:

1. The full name of Plaintiff is Rosen's, Inc.

2. The parent corporation of Rosen's, Inc. is Rosen's Diversified, Inc. No publicly held companies own ten percent or more of the stock of Rosen's, Inc.

3. Davis & Campbell L.L.C. is the only law firm whose attorneys are expected to appear for Plaintiff Rosen's, Inc. in this proceeding.

**DATED: August 30, 2005**

          **Respectfully submitted,**

          By: s/ David G. Lubben

David G. Lubben
Bar ID 6207729
Attorney for Plaintiff Rosen's, Inc.
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-1681
Fax: (309) 673-1690
dglubben@dcamplaw.com