AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

ROSEN'S, INC.

V.

PAUL J. DUESTERHAUS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3234

TO: (Name and address of Defendant)

PAUL J. DUESTERHAUS
2130 Kochs Lane
Quincy, IL 62301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David G. Lubben
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK

s/ G. Utsinger

(By) DEPUTY CLERK

DATE 8/31/05