**E-FILED**
Monday, 03 October, 2005  01:08:41 PM
Clerk, U.S. District Court, ILCD

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL                    District of                    ILLINOIS

ROSEN'S, INC.

V.

PAUL J. DUESTERHAUS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3234

TO: (Name and address of Defendant)

PAUL J. DUESTERHAUS
2130 Kochs Lane
Quincy, IL 62301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David G. Lubben
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within  TWENTY (20)  days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

CLERK

8/31/05

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | *September 1, 2005* |
| NAME OF SERVER *(PRINT)* *JEREMY M. PELPHREY* | TITLE | *Attorney* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served:  _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:  _____

☐ Returned unexecuted:  _____
_____

☒ Other (specify):  *Defendant's counsel agreed to accept service by mail.*
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *9/1/05*
           Date

*Jerey M. Pelphrey*
       Signature of Server

*401 Main Street, Suite 1600, Peoria IL 61602*
       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# DAVIS & CAMPBELL L.L.C.

401 MAIN STREET
SUITE 1600
PEORIA, ILLINOIS 61602-1241
TEL: (309) 673-1681
FAX: (309) 673-1690

FILE NUMBER:    30915-003

September 1, 2005

Mr. Jon Robinson
Bolen, Robinson & Ellis
132 South Water, Suite 330
Decatur, Illinois 62523

RE:    *Summons of Paul J. Duesterhaus*

Dear Mr. Robinson:

Pursuant to our telephone conversation of August 31, 2005 and your agreement during that telephone conversation to accept service of summons on behalf of Paul J. Duesterhaus, please find the enclosed Summons of Paul J. Duesterhaus in the case of *Rosen's, Inc. v. Paul J. Duesterhaus* (05-3234).

We will calendar the deadline for Mr. Duesterhaus to respond to the Complaint for September 22, 2005.

If you have any questions, please contact myself or David Lubben at the above telephone number.

Cordially,

Jeremy M. Pelphrey

Enc.

Cc:    Mr. Dominick Driano

JMP95 077

PEORIA, ILLINOIS        CHICAGO, ILLINOIS        WASHINGTON, D.C.