E-FILED
Monday, 03 October, 2005  01:10:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEN'S, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 05-3234 ) |
| PAUL J. DUESTERHAUS, | ) ) |
| Defendant. | ) ) |

### STATUS REPORT

Plaintiff **ROSEN'S, INC.,** by its attorneys David G. Lubben and Jeremy M. Pelphrey of Davis & Campbell L.L.C., submits the following Status Report in the above captioned case:

1. On August 31, 2005, Plaintiff filed its Complaint against Defendant, Paul J. Duesterhaus. On that day, Plaintiff, through its counsel, contacted Defendant's counsel, Jon Robinson, requesting that he, Jon Robinson, personally accept service of the summons in the above captioned case. At that time, Jon Robinson agreed to personally accept service of the summons on behalf of his client and was advised to file an answer to the complaint by September 22, 2005. Plaintiff followed-up its telephone conversation by mailing the summons and complaint to Jon Robinson and included therewith a letter memorializing their conversation. The letter is attached hereto.

2. On September 22, 2005, Defendant filed an answer in a case captioned "Rosen's, Inc. v. Paul J. Duesterhaus, Case No. 05-3222". However, Plaintiff's complaint in the

*Rosen's, Inc. v. Paul J. Duesterhaus* matter is case number 05-3234.[1]

3. On October 2, 2005, Plaintiff contacted Jon Robinson and informed him of the procedural error in his filing. Mr. Robinson assured Plaintiff that he would file his answer, in the correct matter (05-3234), today or tomorrow.

4. On October 2, 2005, Plaintiff returned its service of the summons.

Dated October 2, 2005.

Respectfully submitted,

**ROSEN'S, INC.**
**Plaintiff**

By:   s/ David G. Lubben
      s/ Jeremy M. Pelphrey

David G. Lubben
Bar ID No. 6207729
Jeremy M. Pelphrey
Bar ID No. 6283722
Attorneys for Plaintiff Rosen's, Inc.
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-1681
Fax: (309) 673-1690
dglubben@dcamplaw.com
jmpelphrey@dcamplaw.com

---

[1] Plaintiff at one time stated a claim against Paul J. Duesterhaus in Case No. 05-3222. However, that complaint was dismissed. The amended complaint in Case No. 05-3222 contains no claim against Paul J. Duesterhaus.

JMP05-393.wpd

# DAVIS & CAMPBELL L.L.C.

401 MAIN STREET
SUITE 1600
PEORIA, ILLINOIS 61602-1241
TEL: (309) 673-1681
FAX: (309) 673-1690

FILE NUMBER:   30915-003

September 1, 2005

Mr. Jon Robinson
Bolen, Robinson & Ellis
132 South Water, Suite 330
Decatur, Illinois 62523

   RE:   *Summons of Paul J. Duesterhaus*

Dear Mr. Robinson:

Pursuant to our telephone conversation of August 31, 2005 and your agreement during that telephone conversation to accept service of summons on behalf of Paul J. Duesterhaus, please find the enclosed Summons of Paul J. Duesterhaus in the case of *Rosen's, Inc. v. Paul J. Duesterhaus* (05-3234).

We will calendar the deadline for Mr. Duesterhaus to respond to the Complaint for September 22, 2005.

If you have any questions, please contact myself or David Lubben at the above telephone number.

Cordially,

Jeremy M. Pelphrey

Enc.

Cc:   Mr. Dominick Driano

JMP05-377

PEORIA, ILLINOIS      CHICAGO, ILLINOIS      WASHINGTON, D.C.