IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEN'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 05-3234 |
| | ) |
| PAUL J. DUESTERHAUS, | ) |
| | ) |
| Defendants, | ) |

### ANSWER OF PAUL J. DUESTERHAUS TO COMPLAINT

**NOW COMES** Defendant, Paul J. Duesterhaus, by his attorneys, Bolen Robinson & Ellis LLP, and for his Answer to the Complaint filed herein on August 31, 2005 respectfully states as follows:

### AS TO COUNT I

1. Defendant admits the allegations of Paragraph 1.

2. Defendant admits the allegations of Paragraph 2.

3. Defendant admits the allegations of Paragraph 3.

4. Defendant admits the allegations of Paragraph 4.

5. Defendant admits the allegations of Paragraph 5.

6. Defendant admits the allegations of the first sentence of Paragraph 6, however, Defendant lacks sufficient knowledge to admit or deny the amount alleged due.

7. Defendant admits the allegations of Paragraph 7.

8. Defendant admits he signed a personal guarantee dated October 29, 2002; Defendant denies all other claims and legal conclusions contained in paragraph 8.

9. This Defendant lacks personal knowledge sufficient to allow him to admit or deny the claims made in paragraph 9.

10. This Defendant lacks personal knowledge sufficient to allow him to admit or deny the claims made in paragraph 10.

11. This Defendant lacks personal knowledge sufficient to allow him to admit or deny the claims made in the first sentence of paragraph 11.  Defendant denies the legal conclusion stated in the second sentence of paragraph 11.

12. This Defendant has been informed that Rosen's has seized certain assets of Duesterhaus Fertilizer, Inc.; however, he lacks sufficient personal knowledge to admit or deny the value of that which has been seized.

13. Defendant admits he has been named a Defendant in this suit and originally in Rosen's suit against both he and Duesterhaus Fertilizer, Inc.  Defendant lacks personal knowledge to admit or deny the other claims made in paragraph 13.

**WHEREFORE**, Defendant, Paul J. Duesterhaus prays for judgment in his favor and against Plaintiff; and for his costs of this suit.

Paul J. Duesterhaus, Defendant

By  **s/ Jon D. Robinson**
Jon D. Robinson, Bar # 2356678
Bolen Robinson & Ellis LLP
Attorneys for Defendant
132 S. Water Street, Suite 330
Decatur, Illinois 62523
Telephone:  (217) 429-4296
Facsimile:   (217) 329-0034

**CERTIFICATE OF SERVICE**

      I, JON D. ROBINSON, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: October 3, 2005          Paul J. Duesterhaus, Defendant

                                           By  **s/ Jon D. Robinson**
                                                  Jon D. Robinson, Bar # 2356678
                                                  Bolen Robinson & Ellis LLP
                                                  Attorneys for Defendant
                                                  132 S. Water Street, Suite 330
                                                  Decatur, Illinois 62523
                                                  Telephone:  (217) 429-4296
                                                  Facsimile:   (217) 329-0034