## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEN'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-3234 |
| | ) |
| PAUL J. DUESTERHAUS, | ) |
| | ) |
| Defendant. | ) |

### SUGGESTION OF BANKRUPTCY

**NOW COMES** Defendant, Paul J. Duesterhaus, by his attorneys, Bolen Robinson & Ellis LLP, and informs this Court and all interested parties that Defendant, Paul J. Duesterhaus, filed a petition for Bankruptcy, case # 05-77120, with a creditor's matrix that listed Plaintiff, Rosen's Inc., P.O. Box 933, Fairmont, MN  56031, as a creditor of Defendant, on October 14, 2005.  All schedules and other supporting documents will be filed on or before November 11, 2005, the deadline set by the United States Bankruptcy Court for the Central District of Illinois.

Paul J. Duesterhaus, Defendant

By   **s/ Jon D. Robinson**
     Jon D. Robinson, Bar # 2356678
     Bolen Robinson & Ellis LLP
     Attorneys for Defendant
     132 S. Water Street, Suite 330
     Decatur, Illinois 62523
     Telephone:  (217) 429-4296
     Facsimile:   (217) 329-0034

**CERTIFICATE OF SERVICE**

  I, JON D. ROBINSON, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: October 25, 2005    Paul J. Duesterhaus, Defendant

             By **s/ Jon D. Robinson**
               Jon D. Robinson, Bar # 2356678
               Bolen Robinson & Ellis LLP
               Attorneys for Defendant
               132 S. Water Street, Suite 330
               Decatur, Illinois 62523
               Telephone: (217) 429-4296
               Facsimile: (217) 329-0034