E-FILED
Tuesday, 01 August, 2006  10:02:24 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| **ROSEN'S, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 05-3234 |
| | ) |
| **PAUL J. DUESTERHAUS,** | ) Judge Scott |
| | ) Magistrate Judge Evans |
| **Defendant.** | ) |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff **ROSEN'S, INC.,** by its attorneys Davis & Campbell L.L.C., submits the following in response to the Order to Show Cause dated February 2, 2006.

1. The Chapter 7 proceedings initiated by Defendant (Bankr. Ct. C.D. Ill. No. 05-77120, Springfield Division) are ongoing, and assets are in the process of being collected and disposed of pursuant to the usual course.

2. Plaintiff submits that this matter may properly be dismissed at this time, notwithstanding the fact that the Chapter 7 proceedings have not yet been terminated, so long as the dismissal of this matter is without prejudice.

3. Counsel stands ready to answer any questions or submit any further information as may be requested by the Court.

**DATED: August 1, 2006**

                                         **ROSEN'S, INC.**
                                         **Plaintiff,**

                                         By: s/ David G. Lubben

David G. Lubben
Bar ID 6207729
Attorney for Plaintiff Rosen's, Inc.
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-1681
Fax: (309) 673-1690
dglubben@dcamplaw.com

## CERTIFICATE OF SERVICE

A true copy of the foregoing Plaintiff's Response to Order to Show Cause was filed electronically on the ECF system of the Central District of Illinois on this 1st day of August, 2006, which system will cause electronic service of same to counsel for Defendant (Jon D. Robinson). A physical copy of this same Response has also been served on Mr. Robinson on this same day by U.S. Mail, first class postage prepaid.

By: *s/David G. Lubben*

David G. Lubben
Bar ID 6207729
Attorney for Plaintiff Rosen's, Inc.
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-1681
Fax: (309) 673-1690
dglubben@dcamplaw.com