AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Tuesday, 15 August, 2006  01:14:04 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROSEN'S, INC.**

      vs.                                      Case Number:    **05-3234**

**PAUL J. DUESTERHAUS**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice.  Case closed.--------

ENTER this 15th day of August

s/ John M. Waters
JOHN M. WATERS, CLERK


_____ s/ G. Utsinger_____
BY:  DEPUTY CLERK